UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS ANDERSON, | No. 2:18-cv-2314 DB P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA MEDICAL FACILITY, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding through counsel, was granted an extension of time to file a first amended complaint. (ECF Nos. 9-10.) The deadline for filing the pleading has now passed, and plaintiff has not filed the pleading or otherwise responded to the Court's order. Accordingly, IT IS HERBY ORDERED that plaintiff shall show cause within fourteen days why this action should not be dismissed for failure to comply with a Court order and failure to prosecute. Fed. R. Civ. P. 41(b).

Dated: March 29, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/DLB7;
DB/Inbox/Routine/ande2314.osc

1