UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS ANDERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA MEDICAL FACILITY, et al.,<br><br>    Defendants. | No. 2:18-cv-2314 DB P<br><br><br><br>ORDER |

    Plaintiff is a state prisoner proceeding through counsel in this civil rights action pursuant to 42 U.S.C. § 1983. On August 24, 2018, plaintiff submitted an application to proceed in forma pauperis, which was granted on October 30, 2018. The Court then directed the Director of the California Department of Corrections and Rehabilitation ("CDCR") to make monthly payments towards the $350 filing fee from plaintiff's Prison Account. (See ECF Nos. 2, 6-7.)

    Plaintiff has now submitted a motion[1] that seeks rescission of the order to the Director of the CDCR on the ground that plaintiff's counsel paid the required filing fees when this case was initiated. (ECF No. 16.) However, review of the docket and consultation with the Court's Financial Department reveals that no such payment has been made. Because plaintiff is required to pay the statutory filing fee in accordance with 28 U.S.C. §§ 1914(a), 1915(b)(1), his motion must be denied.

---

[1] This motion is brought by plaintiff himself and not through his attorney.

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 16) is DENIED.

Dated: August 5, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/DLB7;
DB/Inbox/Substantive/ande2314.o re IFP