# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS CARTER ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA MEDICAL FACILITY, et al.,<br><br>Defendants. | No. 2:18-cv-2314 JAM DB P<br><br><br>ORDER |

Plaintiff, a former state prisoner, proceeds pro se in this civil rights action filed under 42 U.S.C. § 1983. Plaintiff has been released from custody and has provided the court with his updated address via telephone. A settlement conference in this case was vacated around the time of plaintiff's release from custody and will be re-set.

The court needs information from plaintiff regarding the best way to conduct the settlement conference. Holding the settlement conference by video conference is the preferred method if both parties have access to video-conference capabilities via Zoom, which generally requires a computer or "smart" phone with microphone and camera. If plaintiff does not have Zoom access, then the settlement conference will be held by telephone conference.

For the foregoing reasons, IT IS HEREBY ORDERED that within 14 days of service of this order, plaintiff shall file a written response to this order confirming his current address and notifying the court whether or not he has access to the Zoom application for video conferencing. If plaintiff has Zoom access, then he shall additionally provide an email address at which he can

1

receive the settlement conference Zoom connection invitation. The court will set the settlement conference by written order after receiving this information.

Dated: June 28, 2021

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
ande2314.sc